## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF WEST VIRGINIA

F I L E D

DEC 1 4 2010

U.S. DISTRICT COURT
ELKINS WV 26241

**UNITED STATES OF AMERICA,**
  **Plaintiff,**

v.

Criminal No. 2:10cr26

Violations:   30 USC §820(f)

**CHAD J. FERRELL,**
  **Defendant.**

### INDICTMENT

The Grand Jury charges that:

### Introduction

1.  Brooks Run Mining Company, LLC ("Brooks Run") is a West Virginia Limited Liability Company (LLC) that operated the Poplar Ridge No. 1 Deep Mine ("Poplar Ridge Mine"), an underground coal mine in Webster County, within the Northern District of West Virginia.

2.  The defendant, CHAD J. FERRELL, received an "underground coal miner" certificate in 2001, by the West Virginia Office of Miners' Health Safety and Training.

3.  Brooks Run hired defendant CHAD J. FERRELL in September, 2007, to work as an underground coal miner at Poplar Ridge Mine.  On or about September 15, 2008, Brooks Run promoted the defendant, CHAD J. FERRELL, to the position of mine foreman.

4.  Defendant CHAD J. FERRELL is not and has never been certified as an mine foreman or a mine safety examiner by the State of West Virginia Office of Miners' Health, Safety and Training (WVOMHST) or by the United States Mine Safety and Health Administration (MSHA).

5.  From September 15, 2008, through June 5, 2009, defendant CHAD J. FERRELL performed preshift and onshift safety examinations at Poplar Ridge Mine.  He reported the results

of his safety examinations in the mine's "PRE-SHIFT - ONSHIFT and DAILY REPORT" book, signing-off on his work as either the "Preshift - Mine Examiner," "Assistant Mine Foreman," or "Mine Foreman - Mine Manager," and placing a mine foreman's certification number that was not and has never been assigned to him by either WVOMHST or MSHA.

6.  From September 15, 2008, through June 5, 2009, defendant CHAD J. FERRELL also countersigned preshift and onshift safety reports of other mine safety examiners, as "Assistant Mine Foreman" or "Mine Foreman - Mine Manager," again placing the same mine foreman's certification number beside his signature that was not and has never been assigned to him.

7.  On or about June 11, 2009, Brooks Run fired the defendant CHAD J. FERRELL, when he was unable to produce a mine foreman's certification card from WVOMHST or MSHA.

2

## COUNT ONE

**(False Statements, Representations and Certifications in MSHA Documents)**
### UNDERGROUND MINE
### PRESHIFT SAFETY EXAMINATIONS

On or about each date listed below in the month of September, 2008, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a Preshift-Mine Examiner whose foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified by WVOMHST and not certified by MSHA to perform underground mine preshift safety examinations, and that the mine foreman certification number 38817 was not and has never been assigned to him; any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|-----------|------|------|
| 01 | September 15, 2008 | 8:00 p.m. |
| 02 | September 16, 2008 | 9:21 p.m. |
| 03 | September 17, 2008 | 9:20 p.m. |
| 04 | September 18, 2008 | 9:24 p.m. |
| 05 | September 19, 2008 | 9:18 p.m. |
| 06 | September 22, 2008 | 9:18 p.m. |

| 07 | September 23, 2008 | 9:21 p.m. |
| 08 | September 24, 2008 | 9:15 p.m. |
| 09 | September 25, 2008 | 9:16 p.m. |
| 10 | September 29, 2008 | 9:15 p.m. |
| 11 | September 30, 2008 | 9:25 p.m. |

in violation of Title 30, United States Code, Section 820(f).

4

## COUNT TWO

**(False Statements, Representations and Certifications in MSHA Documents)**
### UNDERGROUND MINE
### PRESHIFT SAFETY EXAMINATIONS

On or about each date listed below in the month of October, 2008, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a Preshift-Mine Examiner whose foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified by WVOMHST and not certified by MSHA to perform underground mine preshift safety examinations, and that the mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|-----------|------|------|
| 12 | October 2, 2008 | 9:10 p.m. |
| 13 | October 3, 2008 | 9:15 p.m. |
| 14 | October 6, 2008 | 9:15 p.m. |
| 15 | October 7, 2008 | 9:20 p.m. |
| 16 | October 8, 2008 | 9:10 p.m. |
| 17 | October 9, 2008 | 9:20 p.m. |
| 18 | October 13, 2008 | 9:14 p.m. |

| 19 | October 14, 2008 | 9:18 p.m. |
|----|------------------|-----------|
| 20 | October 15, 2008 | 9:16 p.m. |
| 21 | October 16, 2008 | 9:15 p.m. |
| 22 | October 17, 2008 | 9:15 p.m. |
| 23 | October 20,2008  | 9:20 p.m. |
| 24 | October 22,2008  | 9:20 p.m. |
| 25 | October 23, 2008 | 9:15 p.m. |
| 26 | October 27, 2008 | 9:15 p.m. |
| 27 | October 28, 2008 | 9:18 p.m. |
| 28 | October 29, 2008 | 9:13 p.m. |
| 29 | October 30, 2008 | 9:17 p.m. |
| 30 | October 31, 2008 | 9:13 p.m. |

in violation of Title 30, United States Code, Section 820(f).

## COUNT THREE

**(False Statements, Representations and Certifications in MSHA Documents)**
**UNDERGROUND MINE**
**PRESHIFT SAFETY EXAMINATIONS**

On or about each date listed below in the month of November, 2008, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a Preshift-Mine Examiner whose foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified by WVOMHST and not certified by MSHA to perform underground mine preshift safety examinations, and that the mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|-----------|------|------|
| 31 | November 3, 2008 | 9:20 p.m. |
| 32 | November 4, 2008 | 9:17 p.m. |
| 33 | November 5, 2008 | 9:13 p.m. |
| 34 | November 6, 2008 | 9:20 p.m. |
| 35 | November 10, 2008 | 9:20 p.m. |
| 36 | November 11, 2008 | 9:15 p.m. |
| 37 | November 12, 2008 | 9:15 p.m. |

| 38 | November 13, 2008 | 9:03 p.m. |
| 39 | November 14, 2008 | 9:12 p.m. |
| 40 | November 17, 2008 | 9:17 p.m. |
| 41 | November 18, 2008 | 9:15 p.m. |
| 42 | November 19, 2008 | 9:12 p.m. |

in violation of Title 30, United States Code, Section 820(f).

8

## COUNT FOUR

**(False Statements, Representations and Certifications in MSHA Documents)**
### UNDERGROUND MINE
### PRESHIFT SAFETY EXAMINATIONS

On or about each date listed below in the month of December, 2008, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a Preshift-Mine Examiner whose foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified by WVOMHST and not certified by MSHA to perform underground mine preshift safety examinations, and that the mine foreman certification number 38817 was not and has never been assigned to him; any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|-----------|------|------|
| 43 | December 1, 2008 | 9:21 p.m. |
| 44 | December 2, 2008 | 9:14 p.m. |
| 45 | December 3, 2008 | 9:12 p.m. |
| 46 | December 4, 2008 | 9:16 p.m. |
| 47 | December 5, 2008 | 9:18 p.m. |
| 48 | December 8, 2008 | 9:15 p.m. |
| 49 | December 9, 2008 | 9:10 p.m. |

9

| 50 | December 10, 2008 | 9:08 p.m. |
| 51 | December 11, 2008 | 9:10 p.m. |
| 52 | December 12, 2008 | 9:12 p.m. |
| 53 | December 15, 2008 | 9:18 p.m. |
| 54 | December 16, 2008 | 9:10 p.m. |
| 55 | December 17, 2008 | 9:12 p.m. |
| 56 | December 18, 2008 | 9:05 p.m. |
| 57 | December 19, 2008 | 1:20 p.m. |
| 58 | December 29, 2008 | 9:17 p.m. |
| 59 | December 30, 2008 | 9:10 p.m. |

in violation of Title 30, United States Code, Section 820(f).

## COUNT FIVE

**(False Statements, Representations and Certifications in MSHA Documents)**
### UNDERGROUND MINE
### PRESHIFT SAFETY EXAMINATIONS

On or about each date listed below in the month of January, 2009, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a Preshift-Mine Examiner whose foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified by WVOMHST and not certified by MSHA to perform underground mine preshift safety examinations, and that the mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|-----------|------|------|
| 60 | January 5, 2009 | 9:14 p.m. |
| 61 | January 6, 2009 | 9:10 p.m. |
| 62 | January 7, 2009 | 8:00 p.m. |
| 63 | January 8, 2009 | 8:03 p.m. |
| 64 | January 9, 2009 | 8:02 p.m. |
| 65 | January 12, 2009 | 8:02 p.m. |
| 66 | January 13, 2009 | 8:05 p.m. |

| 67 | January 14, 2009 | 8:06 p.m. |
|----|------------------|-----------|
| 68 | January 15, 2009 | 8:15 p.m. |
| 69 | January 20, 2009 | 8:19 p.m. |
| 70 | January 21, 2009 | 8:10 p.m. |
| 71 | January 22, 2009 | 8:10 p.m. |
| 72 | January 23, 2009 | 8:10 p.m. |
| 73 | January 26, 2009 | 8:20 p.m. |
| 74 | January 27, 2009 | 8:18 p.m. |
| 75 | January 28, 2009 | 8:20 p.m. |
| 76 | January 29, 2009 | 8:15 p.m. |

in violation of Title 30, United States Code, Section 820(f).

## COUNT SIX

### (False Statements, Representations and Certifications in MSHA Documents)
### UNDERGROUND MINE
### PRESHIFT SAFETY EXAMINATIONS

On or about each date listed below in the month of February, 2009, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a Preshift-Mine Examiner whose foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified by WVOMHST and not certified by MSHA to perform underground mine preshift safety examinations, and that the mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|---|---|---|
| 77 | February 4, 2009 | 8:18 p.m. |
| 78 | February 5, 2009 | 8:10 p.m. |
| 79 | February 9, 2009 | 8:20 p.m. |
| 80 | February 10, 2009 | 8:15 p.m. |
| 81 | February 11, 2009 | 9:18 p.m. |
| 82 | February 12, 2009 | 8:20 p.m. |
| 83 | February 16, 2009 | 8:17 p.m. |

| 84 | February 17, 2009 | 8:20 p.m. |
|----|-------------------|-----------|
| 85 | February 18, 2009 | 8:20 p.m. |
| 86 | February 19, 2009 | 8:20 p.m. |
| 87 | February 20, 2009 | 8:18 p.m. |
| 88 | February 23, 2009 | 8:20 p.m. |
| 89 | February 24, 2009 | 8:15 p.m. |
| 90 | February 25, 2009 | 8:15 p.m. |
| 91 | February 26, 2009 | 8:20 p.m. |

in violation of Title 30, United States Code, Section 820(f).

<u>**COUNT SEVEN**</u>

**(False Statements, Representations and Certifications in MSHA Documents)**
**UNDERGROUND MINE**
**PRESHIFT SAFETY EXAMINATIONS**

On or about each date listed below in the month of March, 2009, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a Preshift-Mine Examiner whose foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified by WVOMHST and not certified by MSHA to perform underground mine preshift safety examinations, and that the mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|-----------|------|------|
| 92 | March 2, 2009 | 8:18 p.m. |
| 93 | March 3, 2009 | 8:20 p.m. |
| 94 | March 4, 2009 | 8:20 p.m. |
| 95 | March 5, 2009 | 8:17 p.m. |
| 96 | March 6, 2009 | 8:20 p.m. |
| 97 | March 9, 2009 | 8:20 p.m. |
| 98 | March 10, 2009 | 8:20 p.m. |

| 99  | March 11, 2009 | 8:20 p.m. |
|-----|----------------|-----------|
| 100 | March 12, 2009 | 8:21 p.m. |
| 101 | March 16, 2009 | 8:21 p.m. |
| 102 | March 17, 2009 | 8:20 p.m. |
| 103 | March 18, 2009 | 8:15 p.m. |
| 104 | March 19, 2009 | 8:15 p.m. |
| 105 | March 20, 2009 | 8:20 p.m. |
| 106 | March 23, 2009 | 8:20 p.m. |
| 107 | March 24, 2009 | 8:20 p.m. |
| 108 | March 25, 2009 | 8:20 p.m. |
| 109 | March 26, 2009 | 8:18 p.m. |
| 110 | March 30, 2009 | 8:20 p.m. |
| 111 | March 31, 2009 | 8:20 p.m. |

in violation of Title 30, United States Code, Section 820(f).

## COUNT EIGHT

**(False Statements, Representations and Certifications in MSHA Documents)**
**UNDERGROUND MINE**
**PRESHIFT SAFETY EXAMINATIONS**

On or about each date listed below in the month of April, 2009, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a Preshift Mine Examiner whose foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified by WVOMHST and not certified by MSHA to perform underground mine preshift safety examinations, and that the mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|---|---|---|
| 112 | April 1, 2009 | 8:20 p.m. |
| 113 | April 2, 2009 | 8:22 p.m. |
| 114 | April 7, 2009 | 8:20 p.m. |
| 115 | April 8, 2009 | 8:20 p.m. |
| 116 | April 20, 2009 | 8:20 p.m. |
| 117 | April 21, 2009 | 8:22 p.m. |
| 118 | April 22, 2009 | 8:18 p.m. |

| 119 | April 23, 2009 | 8:20 p.m. |
|-----|----------------|-----------|
| 120 | April 27, 2009 | 8:20 p.m. |
| 121 | April 28, 2009 | 8:20 p.m. |
| 122 | April 29, 2009 | 8:21 p.m. |
| 123 | April 30, 2009 | 8:20 p.m. |

in violation of Title 30, United States Code, Section 820(f).

## COUNT NINE

**(False Statements, Representations and Certifications in MSHA Documents)**
**UNDERGROUND MINE**
**PRESHIFT SAFETY EXAMINATIONS**

On or about each date listed below in the month of May, 2009, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a Preshift Mine Examiner whose foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified by WVOMHST and not certified by MSHA to perform underground mine preshift safety examinations, and that the mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|-----------|------|------|
| 124 | May 4, 2009 | 8:20 p.m. |
| 125 | May 5, 2009 | 8:20 p.m. |
| 126 | May 6, 2009 | 8:20 p.m. |
| 127 | May 7, 2009 | 8:19 p.m. |
| 128 | May 8, 2009 | 5:30 a.m. |
| 129 | May 11, 2009 | 8:20 p.m. |
| 130 | May 12, 2009 | 8:20 p.m. |

| 131 | May 13, 2009 | 8:18 p.m. |
|-----|--------------|-----------|
| 132 | May 14, 2009 | 8:20 p.m. |
| 133 | May 18, 2009 | 8:20 p.m. |
| 134 | May 19, 2009 | 8:21 p.m. |
| 135 | May 20, 2009 | 8:20 p.m. |
| 136 | May 21, 2009 | 8:21 p.m. |
| 137 | May 26, 2009 | 8:20 p.m. |
| 138 | May 27, 2009 | 8:20 p.m. |
| 139 | May 28, 2009 | 8:18 p.m. |

in violation of Title 30, United States Code, Section 820(f).

## COUNT TEN

**(False Statements, Representations and Certifications in MSHA Documents)**
**UNDERGROUND MINE**
**PRESHIFT SAFETY EXAMINATIONS**

On or about each date listed below in the month of June, 2009, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a Preshift-Mine Examiner whose foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified by WVOMHST and not certified by MSHA to perform underground mine preshift safety examinations, and that the mine foreman certification number 38817 was not and has never been assigned to him; any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|---|---|---|
| 140 | June 1, 2009 | 8:17 p.m. |
| 141 | June 3, 2009 | 8:17 p.m. |
| 142 | June 4, 2009 | 8:20 p.m. |
| 143 | June 5, 2009 | 5:00 a.m. |

in violation of Title 30, United States Code, Section 820(f).

21

## COUNT ELEVEN

**(False Statements, Representations and Certifications in MSHA Documents)**
### UNDERGROUND MINE
### ONSHIFT SAFETY EXAMINATIONS

On or about the dates listed below in the month of September, 2008, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was certified to perform underground mine onshift safety examinations, and that his foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified to perform underground mine onshift safety examinations and that mine foreman certification number 38817 was not and has never been assigned to him; any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | SHIFT |
|-----------|------|-------|
| 144 | September 15, 2008 | Evening Shift |
| 145 | September 16, 2008 | Evening Shift |
| 146 | September 17, 2008 | Evening Shift |
| 147 | September 18, 2008 | Evening Shift |
| 148 | September 19, 2008 | Evening Shift |
| 149 | September 20, 2008 | Evening Shift |
| 150 | September 22, 2008 | Evening Shift |

| 151 | September 23, 2008 | Evening Shift |
| 152 | September 24, 2008 | Evening Shift |
| 153 | September 25, 2008 | Evening Shift |
| 154 | September 26, 2008 | Evening Shift |
| 155 | September 29, 2008 | Evening Shift |
| 156 | September 30, 2008 | Evening Shift |

in violation of Title 30, United States Code, Section 820(f).

## COUNT TWELVE

**(False Statements, Representations and Certifications in MSHA Documents)**
**UNDERGROUND MINE**
**ONSHIFT SAFETY EXAMINATIONS**

On or about each date listed below in the month of October, 2008, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was certified to perform underground mine onshift safety examinations, and that his foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified to perform underground mine onshift safety examinations and that mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | SHIFT |
|---|---|---|
| 157 | October 1, 2008 | Evening Shift |
| 158 | October 2, 2008 | Evening Shift |
| 159 | October 3, 2008 | Evening Shift |
| 160 | October 4, 2008 | Evening Shift |
| 161 | October 6, 2008 | Evening Shift |
| 162 | October 7, 2008 | Evening Shift |
| 163 | October 8, 2008 | Evening Shift |

| 164 | October 9, 2008 | Evening Shift |
|-----|-----------------|---------------|
| 165 | October 10, 2008 | Evening Shift |
| 166 | October 13, 2008 | Evening Shift |
| 167 | October 14, 2008 | Evening Shift |
| 168 | October 15, 2008 | Evening Shift |
| 169 | October 16, 2008 | Evening Shift |
| 170 | October 17, 2008 | Evening Shift |
| 171 | October 18, 2008 | Evening Shift |
| 172 | October 20, 2008 | Evening Shift |
| 173 | October 22, 2008 | Evening Shift |
| 174 | October 23, 2008 | Evening Shift |
| 175 | October 24, 2008 | Evening Shift |
| 176 | October 27, 2008 | Evening Shift |
| 177 | October 28, 2008 | Evening Shift |
| 178 | October 29, 2008 | Evening Shift |
| 179 | October 30, 2008 | Evening Shift |
| 180 | October 31, 2008 | Evening Shift |

in violation of Title 30, United States Code, Section 820(f).

## COUNT THIRTEEN

### (False Statements, Representations and Certifications in MSHA Documents)
### UNDERGROUND MINE
### ONSHIFT SAFETY EXAMINATIONS

On or about each date listed below in the month of November, 2008, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was certified to perform underground mine onshift safety examinations, and that his foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified to perform underground mine onshift safety examinations and that mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | SHIFT |
|-----------|------|-------|
| 181 | November 1, 2008 | Evening Shift |
| 182 | November 3, 2008 | Evening Shift |
| 183 | November 5, 2008 | Evening Shift |
| 184 | November 6, 2008 | Evening Shift |
| 185 | November 7, 2008 | Evening Shift |
| 186 | November 8, 2008 | Evening Shift |
| 187 | November 11, 2008 | Evening Shift |

26

| 188 | November 12, 2008 | Evening Shift |
|-----|-------------------|---------------|
| 189 | November 13, 2008 | Evening Shift |
| 190 | November 14, 2008 | Evening Shift |
| 191 | November 15, 2008 | Evening Shift |
| 192 | November 16, 2008 | Evening Shift |
| 193 | November 18, 2008 | Evening Shift |
| 194 | November 19, 2008 | Evening Shift |
| 195 | November 20, 2008 | Evening Shift |
| 196 | November 21, 2008 | Evening Shift |
| 197 | November 22, 2008 | Evening Shift |

in violation of Title 30, United States Code, Section 820(f).

27

## COUNT FOURTEEN

### (False Statements, Representations and Certifications in MSHA Documents)
### UNDERGROUND MINE
### ONSHIFT SAFETY EXAMINATIONS

On or about each date listed below in the month of December, 2008, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was certified to perform underground mine onshift safety examinations, and that his foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified to perform underground mine onshift safety examinations and that mine foreman certification number 38817 was not and has never been assigned to him; any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | SHIFT |
|---|---|---|
| 198 | December 2, 2008 | Evening Shift |
| 199 | December 3, 2008 | Evening Shift |
| 200 | December 5, 2008 | Evening Shift |
| 201 | December 6, 2008 | Evening Shift |
| 202 | December 7, 2008 | Evening Shift |
| 203 | December 9, 2008 | Evening Shift |
| 204 | December 10, 2008 | Evening Shift |

| 205 | December 11, 2008 | Evening Shift |
|-----|-------------------|---------------|
| 206 | December 12, 2008 | Evening Shift |
| 207 | December 13, 2008 | Evening Shift |
| 208 | December 14, 2008 | Evening Shift |
| 209 | December 16, 2008 | Evening Shift |
| 210 | December 17, 2008 | Evening Shift |
| 211 | December 18, 2008 | Evening Shift |
| 212 | December 19, 2008 | Evening Shift |
| 213 | December 20, 2008 | Evening Shift |
| 214 | December 29, 2008 | Evening Shift |
| 215 | December 31, 2008 | Evening Shift |

in violation of Title 30, United States Code, Section 820(f).

## COUNT FIFTEEN

**(False Statements, Representations and Certifications in MSHA Documents)**
**UNDERGROUND MINE**
**ONSHIFT SAFETY EXAMINATIONS**

On or about each date listed below in the month of January, 2009, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was certified to perform underground mine onshift safety examinations, and that his foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified to perform underground mine onshift safety examinations and that mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | SHIFT |
|---|---|---|
| 216 | January 1, 2009 | Evening Shift |
| 217 | January 3, 2009 | Evening Shift |
| 218 | January 6, 2009 | Evening Shift |
| 219 | January 7, 2009 | Evening Shift |
| 220 | January 8, 2009 | Evening Shift |
| 221 | January 9, 2009 | Evening Shift |
| 222 | January 10, 2009 | Evening Shift |

| 223 | January 11, 2009 | Evening Shift |
|-----|------------------|---------------|
| 224 | January 13, 2009 | Evening Shift |
| 225 | January 14, 2009 | Evening Shift |
| 226 | January 16, 2009 | Evening Shift |
| 227 | January 17, 2009 | Evening Shift |
| 228 | January 21, 2009 | Evening Shift |
| 229 | January 22, 2009 | Evening Shift |
| 230 | January 23, 2009 | Evening Shift |
| 231 | January 24, 2009 | Evening Shift |
| 232 | January 25, 2009 | Evening Shift |
| 233 | January 27, 2009 | Evening Shift |
| 234 | January 28, 2009 | Evening Shift |
| 235 | January 29, 2009 | Evening Shift |
| 236 | January 30, 2009 | Evening Shift |
| 237 | January 31, 2009 | Evening Shift |

in violation of Title 30, United States Code, Section 820(f).

## COUNT SIXTEEN

**(False Statements, Representations and Certifications in MSHA Documents)**
**UNDERGROUND MINE**
**ONSHIFT SAFETY EXAMINATIONS**

On or about each date listed below in the month of February, 2009, at or near Webster

County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did

knowingly make a false statement, representation and certification in a record, report and other

document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United

States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the

PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was certified

to perform underground mine onshift safety examinations, and that his foreman certification

number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified

to perform underground mine onshift safety examinations and that mine foreman certification

number 38817 was not and has never been assigned to him;  any one of which statements,

representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | SHIFT |
|-----------|------|-------|
| 238 | February 3, 2009 | Evening Shift |
| 239 | February 5, 2009 | Evening Shift |
| 240 | February 6, 2009 | Evening Shift |
| 241 | February 10, 2009 | Evening Shift |
| 242 | February 11, 2009 | Evening Shift |
| 243 | February 12, 2009 | Evening Shift |
| 244 | February 13, 2009 | Evening Shift |

| 245 | February 17, 2009 | Evening Shift |
| 246 | February 18, 2009 | Evening Shift |
| 247 | February 19, 2009 | Evening Shift |
| 248 | February 20, 2009 | Evening Shift |
| 249 | February 21, 2009 | Evening Shift |
| 250 | February 22, 2009 | Evening Shift |
| 251 | February 24, 2009 | Evening Shift |
| 252 | February 25, 2009 | Evening Shift |
| 253 | February 26, 2009 | Evening Shift |
| 254 | February 28, 2009 | Evening Shift |

in violation of Title 30, United States Code, Section 820(f).

## COUNT SEVENTEEN

**(False Statements, Representations and Certifications in MSHA Documents)**
### UNDERGROUND MINE
### ONSHIFT SAFETY EXAMINATIONS

On or about each date listed below in the month of March, 2009, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was certified to perform underground mine onshift safety examinations, and that his foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified to perform underground mine onshift safety examinations and that mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | SHIFT |
|-----------|------|-------|
| 255 | March 3, 2009 | Evening Shift |
| 256 | March 4, 2009 | Evening Shift |
| 257 | March 5, 2009 | Evening Shift |
| 258 | March 6, 2009 | Evening Shift |
| 259 | March 7, 2009 | Evening Shift |
| 260 | March 8, 2009 | Evening Shift |
| 261 | March 10, 2009 | Evening Shift |

| 262 | March 11, 2009 | Evening Shift |
|-----|----------------|---------------|
| 263 | March 12, 2009 | Evening Shift |
| 264 | March 13, 2009 | Evening Shift |
| 265 | March 14, 2009 | Evening Shift |
| 266 | March 17, 2009 | Evening Shift |
| 267 | March 18, 2009 | Evening Shift |
| 268 | March 19, 2009 | Evening Shift |
| 269 | March 20, 2009 | Evening Shift |
| 270 | March 21, 2009 | Evening Shift |
| 271 | March 22, 2009 | Evening Shift |
| 272 | March 24, 2009 | Evening Shift |
| 273 | March 25, 2009 | Evening Shift |
| 274 | March 26, 2009 | Evening Shift |
| 275 | March 27, 2009 | Evening Shift |
| 276 | March 28, 2009 | Evening Shift |
| 277 | March 31, 2009 | Evening Shift |

in violation of Title 30, United States Code, Section 820(f).

**COUNT EIGHTEEN**

**(False Statements, Representations and Certifications in MSHA Documents)**
**UNDERGROUND MINE**
**ONSHIFT SAFETY EXAMINATIONS**

On or about each date listed below in the month of April, 2009, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was certified to perform underground mine onshift safety examinations, and that his foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified to perform underground mine onshift safety examinations and that mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | SHIFT |
|---|---|---|
| 278 | April 1, 2009 | Evening Shift |
| 279 | April 2, 2009 | Evening Shift |
| 280 | April 3, 2009 | Evening Shift |
| 281 | April 4, 2009 | Evening Shift |
| 282 | April 7, 2009 | Evening Shift |
| 283 | April 8, 2009 | Evening Shift |
| 284 | April 9, 2009 | Evening Shift |

36

| 285 | April 10, 2009 | Evening Shift |
|-----|----------------|---------------|
| 286 | April 21, 2009 | Evening Shift |
| 287 | April 22, 2009 | Evening Shift |
| 288 | April 23, 2009 | Evening Shift |
| 289 | April 24, 2009 | Evening Shift |
| 290 | April 25, 2009 | Evening Shift |
| 291 | April 28, 2009 | Evening Shift |
| 292 | April 29, 2009 | Evening Shift |

in violation of Title 30, United States Code, Section 820(f).

## COUNT NINETEEN

### (False Statements, Representations and Certifications in MSHA Documents)
### UNDERGROUND MINE
### ONSHIFT SAFETY EXAMINATIONS

On or about each date listed below in the month of May, 2009, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was certified to perform underground mine onshift safety examinations, and that his foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified to perform underground mine onshift safety examinations and that mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | SHIFT |
|-----------|------|-------|
| 293 | May 1, 2009 | Evening Shift |
| 294 | May 2, 2009 | Evening Shift |
| 295 | May 5, 2009 | Evening Shift |
| 296 | May 6, 2009 | Evening Shift |
| 297 | May 7, 2009 | Evening Shift |
| 298 | May 8, 2009 | Evening Shift |
| 299 | May 12, 2009 | Evening Shift |

38

| 300 | May 13, 2009 | Evening Shift |
|-----|--------------|---------------|
| 301 | May 14, 2009 | Evening Shift |
| 302 | May 15, 2009 | Evening Shift |
| 303 | May 16, 2009 | Evening Shift |
| 304 | May 19, 2009 | Evening Shift |
| 305 | May 20, 2009 | Evening Shift |
| 306 | May 21, 2009 | Evening Shift |
| 307 | May 22, 2009 | Evening Shift |
| 308 | May 23, 2009 | Evening Shift |
| 309 | May 27, 2009 | Evening Shift |
| 310 | May 28, 2009 | Evening Shift |
| 311 | May 29, 2009 | Evening Shift |

in violation of Title 30, United States Code, Section 820(f).

## COUNT TWENTY

**(False Statements, Representations and Certifications in MSHA Documents)**
### UNDERGROUND MINE
### ONSHIFT SAFETY EXAMINATIONS

On or about each date listed below in the month of June, 2009, at or near Webster County, within the Northern District of West Virginia, defendant **CHAD J. FERRELL** did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was certified to perform underground mine onshift safety examinations, and that his foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not certified to perform underground mine onshift safety examinations and that mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | SHIFT |
|-----------|------|-------|
| 312 | June 2, 2009 | Evening Shift |
| 313 | June 4, 2009 | Evening Shift |
| 314 | June 5, 2009 | Evening Shift |

in violation of Title 30, United States Code, Section 820(f).

## COUNT TWENTY-ONE

**(False Statements, Representations and Certifications in MSHA Documents)**
### UNDERGROUND MINE
### COUNTERSIGNED PRESHIFT SAFETY EXAMATION REPORTS

On or about each date listed below in the month of September, 2008, at or near Webster County, within the Northern District of West Virginia, defendant CHAD J. FERRELL did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a "Mine-Foreman" and "Assistant Mine Foreman", whose mine foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not and has never been certified as a foreman by WVOMHST and he was not and has never been certified as a foreman by MSHA, and he knew that mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|---|---|---|
| 315 | September 15, 2008 | 1:20 p.m. |
| 316 | September 16, 2008 | 1:23 p.m. |
| 317 | September 17, 2008 | 1:15 p.m. |
| 318 | September 18, 2008 | 1:30 p.m. |
| 319 | September 19, 2008 | 1:28 p.m. |
| 320 | September 20, 2008 | 1:20 p.m. |

| 321 | September 22, 2008 | 1:22 p.m. |
| 322 | September 23, 2008 | 1:00 p.m. |
| 323 | September 24, 2008 | 1:20 p.m. |
| 324 | September 25, 2008 | 1:21 p.m. |
| 325 | September 26, 2008 | 1:31 p.m. |
| 326 | September 29, 2008 | 1:15 p.m. |
| 327 | September 30, 2008 | 1:30 p.m. |

in violation of Title 30, United States Code, Section 820(f).

## COUNT TWENTY-TWO

### (False Statements, Representations and Certifications in MSHA Documents)
### UNDERGROUND MINE
### COUNTERSIGNED PRESHIFT SAFETY EXAMINATION REPORTS

On or about each date listed below in the month of October, 2008, at or near Webster

County, within the Northern District of West Virginia, defendant CHAD J. FERRELL did

knowingly make a false statement, representation and certification in a record, report and other

document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United

States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the

PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a "Mine-

Foreman" and "Assistant Mine Foreman", whose mine foreman certification number was 38817,

when in fact defendant **CHAD J. FERRELL** knew that he was not and has never been certified

as a foreman by WVOMHST and he was not and has never been certified as a foreman by

MSHA, and he knew that mine foreman certification number 38817 was not and has never been

assigned to him;  any one of which statements, representations and certifications alone is

sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|---|---|---|
| 328 | October 1, 2008 | 1:28 p.m. |
| 329 | October 2, 2008 | 1:16 p.m. |
| 330 | October 3, 2008 | 1:35 p.m. |
| 331 | October 4, 2008 | 1:30 p.m. |
| 332 | October 6, 2008 | 1:23 p.m. |
| 333 | October 7, 2008 | 1:26 p.m. |

| 334 | October 8, 2008 | 1:30 p.m. |
| 335 | October 9, 2008 | 1:32 p.m. |
| 336 | October 10, 2008 | 1:22 p.m. |
| 337 | October 13, 2008 | 1:30 p.m. |
| 338 | October 14, 2008 | 1:27 p.m. |
| 339 | October 15, 2008 | 1:17 p.m. |
| 340 | October 16, 2008 | 1:22 p.m. |
| 341 | October 17, 2008 | 1:20 p.m. |
| 342 | October 18, 2008 | 1:32 p.m. |
| 343 | October 20, 2008 | 1:30 p.m. |
| 344 | October 22, 2008 | 1:33 p.m. |
| 345 | October 23, 2008 | 1:24 p.m. |
| 346 | October 24, 2008 | 1:35 p.m. |
| 347 | October 27, 2008 | 1:34 p.m. |
| 348 | October 28, 2008 | 1:26 p.m. |
| 349 | October 29, 2008 | 1:30 p.m. |
| 350 | October 30, 2008 | 1:00 p.m. |
| 351 | October 31, 2008 | 1:36 p.m. |

in violation of Title 30, United States Code, Section 820(f).

## COUNT TWENTY-THREE

**(False Statements, Representations and Certifications in MSHA Documents)**
**UNDERGROUND MINE**
**COUNTERSIGNED PRESHIFT SAFETY EXAMATION REPORTS**

On or about each date listed below in the month of November, 2008, at or near Webster

County, within the Northern District of West Virginia, defendant CHAD J. FERRELL did

knowingly make a false statement, representation and certification in a record, report and other

document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United

States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the

PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a "Mine-

Foreman" and "Assistant Mine Foreman", whose mine foreman certification number was 38817,

when in fact defendant **CHAD J. FERRELL** knew that he was not and has never been certified

as a foreman by WVOMHST and he was not and has never been certified as a foreman by

MSHA, and he knew that mine foreman certification number 38817 was not and has never been

assigned to him;  any one of which statements, representations and certifications alone is

sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|-----------|------|------|
| 352 | November 1, 2008 | 1:30 p.m. |
| 353 | November 3, 3008 | 1:32 p.m. |
| 354 | November 4, 2008 | 1:29 p.m. |
| 355 | November 5, 2008 | 1:31 p.m. |
| 356 | November 6, 2008 | 1:38 p.m. |
| 357 | November 7, 2008 | 1:31 p.m. |

| 358 | November 10, 2008 | 1:34 p.m. |
| 359 | November 11, 2008 | 1:30 p.m. |
| 360 | November 12, 2008 | 1:31 p.m. |
| 361 | November 13, 2008 | 1:33 p.m. |
| 362 | November 14, 2008 | 1:29 p.m. |
| 363 | November 15, 2008 | 1:30 p.m. |
| 364 | November 17, 2008 | 1:38 p.m. |
| 365 | November 19, 2008 | 1:22 p.m. |
| 366 | November 20, 2008 | 1:29 p.m. |
| 367 | November 21, 2008 | 1:15 p.m. |

in violation of Title 30, United States Code, Section 820(f).

## COUNT TWENTY-FOUR

**(False Statements, Representations and Certifications in MSHA Documents)**
### UNDERGROUND MINE
### COUNTERSIGNED PRESHIFT SAFETY EXAMATION REPORTS

On or about each date listed below in the month of December, 2008, at or near Webster County, within the Northern District of West Virginia, defendant CHAD J. FERRELL did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a "Mine-Foreman" and "Assistant Mine Foreman", whose mine foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not and has never been certified as a foreman by WVOMHST and he was not and has never been certified as a foreman by MSHA, and he knew that mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|-----------|------|------|
| 368 | December 1, 2008 | 1:20 p.m. |
| 369 | December 2, 2008 | 1:23 p.m. |
| 370 | December 3, 2008 | 1:25 p.m. |
| 371 | December 4, 2008 | 1:30 p.m. |
| 372 | December 5, 2008 | 1:21 p.m. |
| 373 | December 6, 2008 | 1:30 p.m. |

| 374 | December 8, 2008 | 1:32 p.m. |
| 375 | December 9, 2008 | 1:28 p.m. |
| 376 | December 10, 2008 | 1:28 p.m. |
| 377 | December 11, 2008 | 1:32 p.m. |
| 378 | December 12, 2008 | 1:30 p.m. |
| 379 | December 13, 2008 | 1:29 p.m. |
| 380 | December 15, 2008 | 1:39 p.m. |
| 381 | December 16, 2008 | 1:28 p.m. |
| 382 | December 17, 2008 | 1:30 p.m. |
| 383 | December 18, 2008 | 1:34 p.m. |
| 384 | December 29, 2008 | 1:30 p.m. |
| 385 | December 30, 2008 | 1:24 p.m. |
| 386 | December 31, 2008 | 1:20 p.m. |

in violation of Title 30, United States Code, Section 820(f).

## COUNT TWENTY-FIVE

**(False Statements, Representations and Certifications in MSHA Documents)**
### UNDERGROUND MINE
### COUNTERSIGNED PRESHIFT SAFETY EXAMINATION REPORTS

On or about each date listed below in the month of January, 2009, at or near Webster County, within the Northern District of West Virginia, defendant CHAD J. FERRELL did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a "Mine-Foreman" and "Assistant Mine Foreman", whose mine foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not and has never been certified as a foreman by WVOMHST and he was not and has never been certified as a foreman by MSHA, and he knew that mine foreman certification number 38817 was not and has never been assigned to him; any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | SECTION |
|---|---|---|
| 387 | January 2, 2009 | 1:20 p.m. |
| 388 | January 5, 2009 | 1:22 p.m. |
| 389 | January 6, 2009 | 1:20 p.m. |
| 390 | January 7, 2009 | 1:20 p.m. |
| 391 | January 8, 2009 | 1:32 p.m. |
| 392 | January 9, 2009 | 1:26 p.m. |

| 393 | January 10, 2009 | 1:26 p.m. |
| 394 | January 12, 2009 | 1:24 p.m. |
| 395 | January 13, 2009 | 1:25 p.m. |
| 396 | January 14, 2009 | 1:24 p.m. |
| 397 | January 15, 2009 | 1:33 p.m. |
| 398 | January 16, 2009 | 1:28 p.m. |
| 399 | January 20, 2009 | 1:15 p.m. |
| 400 | January 21, 2009 | 1:22 p.m. |
| 401 | January 22, 2009 | 1:05 p.m. |
| 402 | January 23, 2009 | 1:31 p.m. |
| 403 | January 24, 2009 | 1:28 p.m. |
| 404 | January 26, 2009 | 1:27 p.m. |
| 405 | January 27, 2009 | 1:33 p.m. |
| 406 | January 28, 2009 | 1:28 p.m. |
| 407 | January 29, 2009 | 1:35 p.m. |
| 408 | January 30, 2009 | 1:22 p.m. |

in violation of Title 30, United States Code, Section 820(f).

## COUNT TWENTY-SIX

**(False Statements, Representations and Certifications in MSHA Documents)**
### UNDERGROUND MINE
### COUNTERSIGNED PRESHIFT SAFETY EXAMATION REPORTS

On or about each date listed below in the month of February, 2009, at or near Webster County, within the Northern District of West Virginia, defendant CHAD J. FERRELL did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a "Mine-Foreman" and "Assistant Mine Foreman", whose mine foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not and has never been certified as a foreman by WVOMHST and he was not and has never been certified as a foreman by MSHA, and he knew that mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|---|---|---|
| 409 | February 2, 2009 | 1:20 p.m. |
| 410 | February 4, 2009 | 1:30 p.m. |
| 411 | February 5, 2009 | 1:00 p.m. |
| 412 | February 6, 2009 | 1:16 p.m. |
| 413 | February 9, 2009 | 1:26 p.m. |
| 414 | February 10, 2009 | 1:31 p.m. |

51

| 415 | February 11, 2009 | 1:27 p.m. |
| 416 | February 12, 2009 | 1:33 p.m. |
| 417 | February 13, 2009 | 1:22 p.m. |
| 418 | February 16, 2009 | 1:15 p.m. |
| 419 | February 17, 2009 | 1:35 p.m. |
| 420 | February 18, 2009 | 1:38 p.m. |
| 421 | February 19, 2009 | 1:31 p.m. |
| 422 | February 20, 2009 | 1:35 p.m. |
| 423 | February 21, 2009 | 1:34 p.m. |
| 424 | February 23, 2009 | 1:27 p.m. |
| 425 | February 24, 2009 | 1:28 p.m. |
| 426 | February 25, 2009 | 1:24 p.m. |
| 427 | February 26, 2009 | 1:24 p.m. |
| 428 | February 28, 2009 | 1:35 p.m. |

in vi9olation of Title 30, United States Code, Section 820(f).

## COUNT TWENTY-SEVEN

**(False Statements, Representations and Certifications in MSHA Documents)**

### UNDERGROUND MINE

### COUNTERSIGNED PRESHIFT SAFETY EXAMINATION REPORTS

On or about each date listed below in the month of March, 2009, at or near Webster County, within the Northern District of West Virginia, defendant CHAD J. FERRELL did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a "Mine-Foreman" and "Assistant Mine Foreman", whose mine foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not and has never been certified as a foreman by WVOMHST and he was not and has never been certified as a foreman by MSHA, and he knew that mine foreman certification number 38817 was not and has never been assigned to him; any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|-----------|------|------|
| 429 | March 2, 2009 | 1:30 p.m. |
| 430 | March 3, 2009 | 1:33 p.m. |
| 431 | March 4, 2009 | 1:37 p.m. |
| 432 | March 5, 2009 | 1:30 p.m. |
| 433 | March 6, 2009 | 1:29 p.m. |
| 434 | March 7, 2009 | 1:30 p.m. |

| 435 | March 9, 2009 | 1:26 p.m. |
| 436 | March 10, 2009 | 1:20 p.m. |
| 437 | March 11, 2009 | 1:35 p.m. |
| 438 | March 12, 2009 | 1:28 p.m. |
| 439 | March 13, 2009 | 1:33 p.m. |
| 440 | March 16, 2009 | 1:34 p.m. |
| 441 | March 17, 2009 | 1:20 p.m. |
| 442 | March 18, 2009 | 1:31 p.m. |
| 443 | March 19, 2009 | 1:34 p.m. |
| 444 | March 20, 2009 | 1:35 p.m. |
| 445 | March 21, 2009 | 1:30 p.m. |
| 446 | March 23, 2009 | 1:36 p.m. |
| 447 | March 24, 2009 | 1:30 p.m. |
| 448 | March 25, 2009 | 1:38 p.m. |
| 449 | March 26, 2009 | 1:28 p.m. |
| 450 | March 26, 2009 | 1:32 p.m. |
| 451 | March 30, 2009 | 1:35 p.m. |
| 452 | March 31, 2009 | 1:23 p.m. |

in violation of Title 30, United States Code, Section 820(f).

## COUNT TWENTY-EIGHT

### (False Statements, Representations and Certifications in MSHA Documents)
### UNDERGROUND MINE
### COUNTERSIGNED PRESHIFT SAFETY EXAMATION REPORTS

On or about each date listed below in the month of April, 2009, at or near Webster County, within the Northern District of West Virginia, defendant CHAD J. FERRELL did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a "Mine-Foreman" and "Assistant Mine Foreman", whose mine foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not and has never been certified as a foreman by WVOMHST and he was not and has never been certified as a foreman by MSHA, and he knew that mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|---|---|---|
| 453 | April 1, 2009 | 1:30 p.m. |
| 454 | April 2, 2009 | 1:30 p.m. |
| 455 | April 3, 2009 | 1:26 p.m. |
| 456 | April 6, 2009 | 1:15 p.m. |
| 457 | April 7, 2009 | 1:45 p.m. |
| 458 | April 8, 2009 | 1:31 p.m. |

| 459 | April 9, 2009  | 1:30 p.m. |
| 460 | April 20, 2009 | 1:25 p.m. |
| 461 | April 21, 2009 | 1:27 p.m. |
| 462 | April 22, 2009 | 1:28 p.m. |
| 463 | April 23, 2009 | 1:22 p.m. |
| 464 | April 24, 2009 | 1:17 p.m. |
| 465 | April 27, 2009 | 1:30 p.m. |
| 466 | April 28, 2009 | 1:23 p.m. |
| 467 | April 29, 2009 | 1:17 p.m. |
| 468 | April 30, 2009 | 1:30 p.m. |

in violation of Title 30, United States Code, Section 820(f).

## COUNT TWENTY-NINE

**(False Statements, Representations and Certifications in MSHA Documents)**
### UNDERGROUND MINE
### COUNTERSIGNED PRESHIFT SAFETY EXAMATION REPORTS

On or about each date listed below in the month of May, 2009, at or near Webster County, within the Northern District of West Virginia, defendant CHAD J. FERRELL did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a "Mine-Foreman" and "Assistant Mine Foreman", whose mine foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not and has never been certified as a foreman by WVOMHST and he was not and has never been certified as a foreman by MSHA, and he knew that mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|-----------|------|------|
| 469 | May 1, 2009 | 1:31 p.m. |
| 470 | May 4, 2009 | 1:25 p.m. |
| 471 | May 5, 2009 | 1:24 p.m. |
| 472 | May 6, 2009 | 1:30 p.m. |
| 473 | May 7, 2009 | 1:21 p.m. |
| 474 | May 11, 2009 | 1:20 p.m. |

| 475 | May 12, 2009 | 1:22 p.m. |
| 476 | May 13, 2009 | 1:23 p.m. |
| 477 | May 14, 2009 | 1:30 p.m. |
| 478 | May 15, 2009 | Unknown |
| 479 | May 18, 2009 | 1:27 p.m. |
| 480 | May 19, 2009 | 1:20 p.m. |
| 481 | May 20, 2009 | 1:17 p.m. |
| 482 | May 21, 2009 | 1:24 p.m. |
| 483 | May 22, 2009 | 1:19 p.m. |
| 484 | May 26, 2009 | 1:16 p.m. |
| 485 | May 27, 2009 | 1:20 p.m. |
| 486 | May 28, 2009 | 1:45 p.m. |

in violation of Title 30, United States Code, Section 820(f).

## COUNT THIRTY

**(False Statements, Representations and Certifications in MSHA Documents)**
### UNDERGROUND MINE
### COUNTERSIGNED PRESHIFT SAFETY EXAMINATION REPORTS

On or about each date listed below in the month of June, 2009, at or near Webster County, within the Northern District of West Virginia, defendant CHAD J. FERRELL did knowingly make a false statement, representation and certification in a record, report and other document filed and required to be maintained pursuant to Chapter 22 of Title 30 of the United States Code, that is, defendant **CHAD J. FERRELL** did falsely state, represent and certify in the PRE-SHIFT - ONSHIFT and DAILY REPORT for the Poplar Ridge Mine that he was a "Mine-Foreman" and "Assistant Mine Foreman", whose mine foreman certification number was 38817, when in fact defendant **CHAD J. FERRELL** knew that he was not and has never been certified as a foreman by WVOMHST and he was not and has never been certified as a foreman by MSHA, and he knew that mine foreman certification number 38817 was not and has never been assigned to him;  any one of which statements, representations and certifications alone is sufficient to constitute a violation of this count:

| EXHIBIT # | DATE | TIME |
|-----------|------|------|
| **487** | June 1, 2009 | 1:23 p.m. |
| **488** | June 3, 2009 | 1:17 p.m. |
| **489** | June 4, 2009 | 1:21 p.m. |

in violation of Title 30, United States Code, Section 820(f).

A true bill,

/s/
Foreperson
(Signature on File)

/s/ Stephen Warner For
WILLIAM J. IHLENFELD, II
UNITED STATES ATTORNEY